FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**Use of force's** _____ COMPLAINT

(Last Name) **Sumrall** (Identification Number) **R#8629**

(First Name) **Derrick** (Middle Name)

(Institution) **MSP 29A Parchman MS 38738**
(Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 18 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

**Marcus Davis**
**Ray Ray, John Doe**
**John Doe Johnson**
**Jane Doe Megatron**

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: **3:15cv913-HTW-LRA**
**42 U.S.C. § 1983**
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States? Yes (✓) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: **Gene Peebles, Captain Melissa McCarter, Major Laurie Robinson, Sheriff Billy (Bilbo) Sollie, Nurse Sheila Hanlin, and Rhonda Tomberlin etc...al.,**

2. Court (if federal court, name the district; if state court, name the county): **Lauderdale County, Detention Facility, 500 St Ave Meridian, MS 39301**

3. Docket Number: **Case No: 4:11-CV-31-CWR-FKB Carlton W. Reeves**

4. Name of judge to whom case was assigned: **U.S. Magistrate Judge F. Keith Ball**

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): **I Believe Still pending.**

**Document title**
**03/27/12**

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Derrick Sumrall  Prisoner Number: _____

Address: C.M.C.F. Section #4/R&C Trans. Cell #98 Bool #145 A zone Pearls, Mis 38208 Post Office Box 88550 Pearls, MS 38288-38208

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Marshall Fisher et...al.,  is employed as Commissioner  at Mississippi Prisoners All the Mississippi Prisons

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Derrick Sumrall Sumrall  ADDRESS: C.M.C.F. section #4/R&C Trans A zone Bool #145 Cell #98 P.O. Box 88550 Pearls, MS 39288-38208

DEFENDANT(S):

NAME: Marcus Davis  ADDRESS: P.O. Box 880 Darchman, MS 38738
John Doe Ray Ray  P.O. Box 880 Darchman, MS 38738
John Doe Johnson  P.O. Box 880 Parchman, MS 38738
Jane Doe MegaTron  P.O. Box 880 Parchman, MS 38738
Marshall Fisher et...al.,  633 N. State Street Jackson, MS 39202
Jerry Williams  633 N. State Street Jackson, MS 39202
Earnest Lee  Sabrina Jackson
Timothy Morris
Wendell Banks
Marylen Sturdivant
(F) Connie Durr Durr
Kenishia Cox
Raynette Wells

P.O. Box 8801 Parchman, MS 38738

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (✓)  No ( )

B. Are you presently incarcerated for a parole or probation violation?

Yes (✓)  No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (✓)  No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (✓)  No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes (✓)  No ( ), if so, state the results of the procedure: __Use for Exhibit Closed Denied October 6, 2015__

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

   Yes (✓)  No ( )

2. State how your claims were presented (written request, verbal request, request for forms): __Request for forms Assault by inmates and Staffs. Use of force. Un-necessary.__

3. State the date your claims were presented: __July 24, 2015__

4. State the result of the procedure: __See Exhibit (C)(3) Grievance Closed. October 6, 2015__

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Officer Jane Doe Megatron Put my life at risk coming and yelling when
Officer Marcus Dawes use of force, summary Judgment assault me.
Officer John Doe Ray Ray use of force summary Judgment assault me
Officer John Doe Johnson use of force summary Judgment assault me.
Chaplain Timothy Morris summary Judgment known this matter.
Warden Wendell Banks summary Judgment allowance this continue
Warden Marylen Sturdivant summary Judgment allow this
Commissioner Marshall Fisher acknowledge the matter summary Judgment
Deputy Commissioner Jerry Williams summary Judgement allow this
Superintendent Earnest Lee summary of Judgment allow this to happen
Keniesha cox, Sabrina Jackson, Raynette Wells, Bonnie Burr known the complaints me

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Pay for the pain I'm going through of all prisoners known all Defendants and the numerous of damages of the prejudice suffer a pain, emotions physical injuries bodies situation. all parties asking for compensation damages Get me to a Specialist Because I'm still hurting The Payment of Doctor fee Court fees and the damages of me

Signed this 6th day of December, 2015

Derrick Dunnell #28629
C.M.C.F. Soo 4 R&C Tran Cell #98 Bed 145
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

12-06-2015
(Date)

Derrick Dunnell
Signature of plaintiff

4

In the United States District Court, the Northern

Plaintiffs. Derrick Summrall #R8459     Petitioner.
vs.
Defendants. Marshall Fisher.     Case No. 605102/L 3589:
      Marcus Davis, Tina Mc Naymon.     Respondents
      Timothy Morris Warden M.D.O.C Employers, Staffs
      Wendell Banks
      Marylen Sturdivant     Civil Action No. XX.SR.SY9R5
      Earnest Lee
      Fannie Durr     "Award: Compensatory damages".
      Raynette willis
      John Doe Ray Ray     "Jointly and severally against et.al.,
      John Doe Tokhive     Defendants.
      Kenesha Cox
      Sabrina Jackson     "Grant with Good Faith"
      Jerry Williams

The United State Constitution Law is in Direct Violations All Defendants names above and places at a use of unusual of force. By having no authority. Beating The Plaintiff Derrick Summrall After three him and threated him to go Back on the zone. At M.S.P. in Parchman. Mississippi 38738 Before the incidents with the staffs officials several of the Gang's member Jump on the plaintiffs over the T.V. show. And The plaintiffs Abuse from his face, to his chest, and Back a firefter Malpractice. Medical Attendances. and The fell on of the occur from The Plaintiffs. Telling the correction official. My life was in dangerous at The time Please find enclosed Amended Complaints of this Matter 1st Amendment. 5th Amendment. 8th Amendment and 14th Amendments all been. Violated By all staffs abuse of Judgments here at (M.D.O.C.) M.S.P. The Petitioner didn't fight back or do any verbal. Type force or Talking Disrespectfully but needed help to the Hospital until get done Beating Physical abuse.     (Next)

U.S. Const. Amend XIV. City of Cleburne, Tex vs Cleburne Living Center.
473 U.S. 432, 439, 105 S. Ct. 3249 (1985) Fundamental rights in this cases,
Its for No inmates to put his hands on a official and officials not too
put their hands on a Inmate here in carcerate for any reason at all, the
Rules Policy stated this. For example, A riots started all the officers
Don't not move until more official with Authority, too obtained the matter.
Not to take matter in their own hands, discrimination heightened scrutiny
Weinberger vs. Wiesenfeld. 420 U.S. 636, 316, 658 n.2, 95 S. Ct. 1225/1925).
Notwithstanding, over the Inning. The conduct of officials at correctional,
Officers, act eminently dangerous authority cruel and unusal punishments.
Toward a Human Being, being particular. The Hate Crimes inside the
Institution Department of Correction in Mississippi The Plaintiff praying,
Justice and the Reliefs in the Manner moments sincerely issued....
The Commissioner (C.O.C.) on down to the Lower officials on the
System of Correction of Departments fair Judgement and, but in the
Mississippi Supreme Court and Southern District Courts or Manor to the
Judges. Too Suggest the Concern matter as acknowledgements thereof.
Analysis. The following: Staffs letting this Institution matter happen
Just like the Prison's Rape. Staffs still know about the Rape is
Going on Nothing have change Nothing, But the Years, Dates and times.
How can you protect a inmate for assault and you are doing it?
19th Equal Protection Amendments of the Laws Const. of the U.S. all the
Damages pursuant to 28 U.S.C. (SEC 1331) with (1343(a)(3) Life and
Health all being jeopardize, seriously destroy of action conduct.

(Next)

Strickland vs Washington, 466 U.S. (at) (1984) Raised the Making Each

All in Direct Violations of Due Process U.S. Cons.

1. Commissioner: Marshall Fisher 1st Amendment, 5th Amendment, 8th Amendment + 14th Amendments. The faith of unfair Judgment. The matter isn't. That started it, Thus Been Going on since Christopher Epps and Emmit Sparkle were in offices. Violate the fundamental rights on all grounds. 1st Amendment freedom of Speech (Articles). 5th Amendment Life in Jeopardize of inmate and Officials Begging for the mercy of the Officials. To removed from A-Building to Safety. 8th Amendments Physical and Emotional, Mental illness, and the Cruel and Unusual punishments Conduct for allow this to keep on the Investigative Action Continually with this Authority and 14th Amendments Under the Congress Equal Protection of the Laws. And the Rights as a Prisoner. Has the Guide into Policy. See (e.g.) Zehner vs. Trigg, 133 F.3d 459, 463-64 (7th Cir. 1997) Mental/emotional physical injury to the Body. Very serious injury/illness Kaemmerling vs Lappin 553 F.3d 669, 685 (D.C. Cir. 2001) Giovanna vs Johnson 521 F.3d 298, 312 (9th Cir. 2008) see (e.g.) Jones vs. North Carolina Prisoners Labor Union 433 U.S. 119, 136, 473, cf 433a (1977) rejecting of Equal protection.

Marcus Davis 1st Amendment, 5th Amend, 8th Amend and 14th Amendments.
John Doe Ray Ray 1st Amendment, 5th Amendment, 8th Amendment and 14th Amendments.
John Doe Johnson 1st Amend, 5th Amend, 8th Amend and 14th Amendments.

These are Officials officers to be Assault Plaintiffs in the Building Hall Ways, unlawfully and unwittingly without the Authority from a Captain or Lieutenant Assist Or a Cameras involve to without the time Too show. The Violent of the Plaintiffs make the petitioner were comply.

(Next)

The Longing Brooks all Staffs makes records on all inmates Basic Behavior Major or Meanon Minor issues Due to the Circal Behavior Release to life E.R.S. Parolee, or Probably Probation Violator... Now the incident occur "no" "One" Come and Visit is The plaintiffs Warden Deputy Wendell Banks 1st Amend 5th Amend 8th Amend and 14th Amend Jobs titles the Same. Door Conducts Professional Officials is Hard is etc. Now aside from the Experience of Confinements absolute Police Brutality Why? You think these Two Wardens keep on getting Change from different Prison & Panic, they're capable, or handle, holding (2) a Rotating types Risk of Jobs Demonstrated. Look at Christopher Epps Her (Very Release.) Imazing that. Miss Associates Center for the Community Services Exec. Mrs. Marylen Sturdivant Assoc. Warden 1st 5th 8th and 14th Amendments. She plays a part of this matter Direct of Civics Managers over Unit 29 A - 1 Buildings. The Superintendent Earnest Lee was called Too the Unit 29A Building to the Concern Matter and Down Next time Shown him the Broken Ribs of the petitioner and Swelling faces Doctor (A.N.) Mentions it's to the Authority Lee. Yup putting their hands on the inmate. Just write them up, Stop the Use of Force its No needed for it. See also. Lewis in Ierls, 486 F 3d 1005, 1028 / 8 Circuits Discriminatory purpose can be proved with various kinds of direct And Circumstantial evidence but is most often proved with evidence That similarly situated inmates were treated differently. Fundamental Rights illegitimacy officials Synopsis Technical Delinquency Hecklands Washington 466 U.S. Box /1984 U.S. v. McDonald.

(Next)

Raynette Willis 1st, 5th, 8th And 14th Amendments Have knowledge of this
Kinesha Cox 1st, 5th, 8th and 14th Amendments Have knowledge of this
Sabrina Jackson 1st, 5th, 8th and 14th Amendments Having knowledge of this
They're the Correspondents for the Warden and Deputy's
Wardens and Superintendents Secretary Same, The thoughts of
The Superintendent and Deputy is spoken and Warden discuss.
Be advised from the request that the inmate put in the Associate
Warden Assistance with advise. Now the Job title of Chain of Command
This is Now the (Chain of Command) (C.O.C.) Won't so the Violate.
United States Constitutions have for All's peoples Civil Rights
Not Sonic, Not Hall, But All's People is in the States Policy

Mr Deputy Commissioner Jerry Williams Have the A.R.P.'s
Board line if it's Emergency & Sensitive issue But
When The Petitioner Reports this claims He tell The plaintiffs
They'll didn't Received No A.R.P. from The petitioner at all:
And The Plaintiffs again filed Back to Back He Stated its too many
Issue. So Me. in Direct Violation from the Due process and
The United States Constitutions 14th Amendments on the Grounds
first 1st Amendments Freedom of speech 5th Double Jeopardy in my life
8th Cruel and Unusual Punishment The Injury Physical issued
(Next)

All Officials Staff's to the item Reliefs

Compensation funds Medical

Each Ribs Injury $10,000.00 from the Defendants Individually Separately Pay fees $

Include: Marshall Fisher for $10,000.00
Timothy Morris for $10,000.00
Wendall Banks for $10,000.00
Marylen Sturdivant $10,000.00
Earnest Lee $10,000.00
Jerry Williams 10,000.00
Marhe Davis $10,000.00
John Doe Johnson $10,000.00
John Me, Ray Ray $10,000.00
Fannie Durr $10,000.00
Raynelle Ivette $10,000.00
Kenisha Cox Kenieshia $10,000.00
Sabrina Jackson $10,000.00
Jane Doe, Megatron $20,000.00
Each Damage - Cause my Millie V. Heck (ulcers) 76.2 to 203.3
$10,60,mo. = $160,000.00 Total to Numerous Damages

Superintendent Earnest Lee also in violation Due to Facts of Health and Safety with, Door Security of the Johnstone Designee. The Lives around these Prison's Housing not Safe at all. Here is his ways of backing the acknowledgements. Keeping it in Side House Unit. Due process my Constitutional Rights, Civic amendeds Rights The first 1st Freedom of Speech when the Petitioner Requested help's The Logging Books Recorded all Willie Rider swells and the Officers on the Towers Counter class Males Helpping there to the Units 5th Amendment The Ground put me in Harm wasn't hearing what the inmate Stalkers me and The Officers as Defendants Jumpping on Me. Now is why Superintendent Lee is in Direct Violation and 8th Amendment Cruel and Unusual Punishment of his State Officials and use victim and the 14th Amendment The Equal protection of my Rights keep from Harm) Officer, Mrs. Clark, Doe McCartin. The officer was on the Tour She is in Direct violation of her actions coming on the zones yelling So Loud, Hollers out Who? You Want to Red Tags?! I had to immediately rush off the Zone Before any more Trouble or Problems Come my way again. When I gave her the Letter with the Case Manager name's on it's "The didn't" in direct But Officer Took it's Cohesion And Treated the Urgent Letters to the Lieut. and was officials and the Rest of the officers who Calls on the Radio for to Put the inmate Back on the Zone they'll yelled out Who? He refused so small

The leader Chief Simon my lady Mrs...

Refuse to go Back in house unit see she. in the Major Violations
The Amendments of the Constitution Rights of the Harm she cost me
1st Trying to get Help? 5th Still didn't Care of the institution matter
8th Drop all By Officers The Conduct of Behavior Officials Brutality
14th How and When I Requested to See. Cain the Legal advires Met.
With Seriousness too get me the Help I Needed's The Equal Rights,
Protection Laws apply to All and Everybody's of the U.S. Citizens

Here she is in Bi(g) Troubles, from the Guidelines She Suppose
follow By him the Job titles here at M.D.O.C. The where the Civil
Cases Come in at. Color of the Laws (UTT(a) Complaints:
See Joseph Williams vs Official Capacities Individual. 42.§62ch9.
They'll Cost The Petitioner Alternate Version of Damage Demand:
Award of Compensatory Damages Jointly and severally against (defendants)
Defendants: Marshall Fisher, Andrus Dollis, John Doe Johnson, Phn Doe Ray Ray
Warden Timothy Morris, Wendell Banks, Marylin Sturdivant, Earnest Lee
Deputy and Staffs officials: Jera Williams, Annie Durr, Bridgette Wills,
Kenuistra Cox. Tire Doe Mr Gustom and Sabrina Jackson. (DLR4)
Until... Marcus Davis, John Doe Johnson, John Doe Ray Ray and Tire
Doe Allegations. Physical and Emotional injuries sustained as a result
of the Plaintiff Beating... The Suffering of the diery Vivity Persecution
Alternate Version of Damage Jointly and the segregated Confinement reflecting

Being housing at Parchman MS 38738 Building 29 A door 140 instruments let the Officer Davis Officer Ray Ray and Officer Johnson placed their hands on the Petitioner or Plaintiff for any Reason at all. it Clear too the facts this is a correct and true copys of the Brief statements Virtually with Merits Exhibits

Respectfully Submitted

State of Mississippi
County of _____

Personally appeared Before Me the undersigned authority in and for said jurisdiction, the within named Petitioner, who after first being by me duly sworn, stated on Oath that the Statements set forth in the above and foregoing are true and correct as therein stated.

Sworn To And Subscribed before me this the _____ Day of _____, 2015

Notary Public

Mississippi Department of Corrections
# Medical Service Request Form

**Section 1. To be completed by the inmate**

Type of Request (mark with "x")

| Date Stamp – Received by Medical |

__✓__ Medical  _____ Dental  _____ Psych  _____ Medication Refill

Inmate Name __Derrick Sumrall__  MDOC Number __R8429__

Date __7-9-15__  Location (Facility, Bldg, Zone) __MSP 29A - A ZONE__

Service Requested: (To better serve you, please be as specific as possible)

My ribs are very sore. Sleeping on steel. No mat. Jaw bone sore from stabbing incident. Can't open mouth completely.

I understand a Co-Pay will be applied, as noted in the Inmate Handbook and MDOC policy. My refusing to be seen for a scheduled visit will result in an RVR.

Inmate Signature __Derrick Sumrall__  MDOC Number __R8429__

**Section 3. Co-Pay (Mark appropriate box with X)** 7-18-15 - Not Body/Not by security

☐ Sick Call Charge (Inmate initiated non-emergency visit for Medical, Dental, or Mental Health $6.00)

☐ No show for Sick Call Visit ($6.00)
☐ No show for Chronic Care Clinic ($6.00)
☐ No show for On Site Specialists Visit ($10.00)
☐ No show for Off Site Visit ($10.00)
☑ No Charge – Reason for no charge

Exhibit C. aB 7/14 ✓

Inmate or Witness Signature __Derrick Sumrall__  Inmate MDOC# __R8429__  Medical Personnel Printed Name & Initials __Angela Brown__  Date of Service __7/14/15__

**UPON COMPLETION of SECTIONS 1, 2, & 3: DISTRIBUTE AS FOLLOWS:**

White – Medical Records;   Green – Inmate   Rev. 10/3/12

To C.O. Officer, Meagheren, Anne Doe

Brief

I have informed Staffs that I am not safe in this facility. While housed in M.S.P. 09H-Bldg Bed "59". I Spoken with Case Manager, Fields, Several Occassions Concerning this matter. I was told to speak with Lt. T. Thigpen and Lt. Foster. I did so on three (3) occassions, letting and the problem occur Bigger the institution. Letting them know that My Life is in dangerous. Danger. Because I'd sended a letters Request to the Case manager Fields on the Concerned at least three sentence Occassions, letting her know to be advance of my situation about to take Places and advise the administrators office and Commissioner that the pain that I'm going through. Just letting her be inform thru the proper Chain, and that I needed to be make Right Now as soon as possible, to the Safety of my life, and Health. To the Best of my ability of the Living quarter through "M.D.C.C." Now. Anothers. This The Officer Officing Ann. Dew Hogatran was the Tower Officer at the Time and the Crox down the tower Stairway and Open the door up. That when I giving her the letter to the Case manager Fields. She took it. On her own. Reacted it's all Loud Yelling Sumeone You have your Life in danger. Who you wanted to Read Tag? for that type of situation occur she suppose ly locked Everybody Down and take me out. The correct ways. Now, still on the Time's You Can't do that? She put more serious harm way loses of White vs McDonald The Guys looked around while she constantly holler you're not going no where. Continually yelling "you can Kill hu assault Means"! she you serious like the for as a oath here your Guide line as a Rankin Officer

(First Page)

Now I while she said: That and she quote: The Consequently and I was I held down and Being Beaten on the Body til a Rib Popp so loud everybodys said." We Broken hes ass up. We in side the cell as well mobb by four inmate's while I'm trying To recovery and make it's to the door til I I'm get the right for sure Nlfp), to get me to a doctor. Before Something else Bad happien. While informed her again of. The De Allegation that My rib were Possibley Broken in place's clue to being Assaulted By the inmate's they're watch me and The everywhere I take it while on the zone! she reply it's a Prone unit, sticking out you ass you're not going anywhere, not off the Zones you are not? I said get the Captian & Lieutantant to Down here Called the warden she still yelling? Sends the inmate's still can heard. Approx Awork Is to the Clinic Calling around on the Medical list and Thank God I was on the list that Day. while on the Result 2 Ribs One was Broken and Two was Cracked on the Left side The right side fraction Sec. Exhibit.#. "C" Suffer a Stabbing injury. Sore Cuts. Sleeping in difficulty. Spot in the Bed I on a rack. Also I returned Bail. To the Building cause I can't Open my mouth Completely but The "Case's Mnager" Called me in her office. to get up-to-date. As she Records the Sessions of The "R" custody the officials stated you're gone to get no Black & white pants I'll note

(Second page)

correctional officer as officials have the opportunity to act to
turn in Custody. And have. The Clinic called me day after Stellan
up... To see how I was doing. "Okay here. I also wondered in the
Same Building on the zone, Before the doctor can see me in
of those cuffs upped as Knieks from his pants and steps
we had to get the Second Crutches. Before I can see what
was going on! They hit me three times Before I can said
I needs help they had already hits me several time all in
the ears, Back, Chest, Neck, My arms Butt. I'm still Shaking
Handcuff Stain did that inmate said that keys? Only one,
Persons Cup or Keys and its not Inmates. She too had them.
New life feel in prison Been in Jail. Not the paint letter this
Emotion; the Physical and medical Treatments the Official Abset
Security a risk We all a Joke. Too them Nothing Serious here
Please Grants this a Matter fully Concern.
With Good faith and fair and Just Rights
Take this Very Seriously, matter as your Child
or loved one was here!! If you son was here.
Because I don't leave my Children fatherless
I promise. I don't the pain that a man go
throw Inside here. Everydays But Please,
(throat, eye)

My God Decreed - Remember to Thanks
Thus with Honor and Respect thank you!
Today God Blessing you and your Families;
for seeing after me hearing my Cry for help.
These Prisoners will Hate Balkintz

Derreck Sumrall #138104

Respectfully
Submitted

Being Pray in the cell were with inmates, Assaulting

Apparently the Lt. holding Grudge Because I had
Reported him to C.I.D's. He came and took the
Property of Mine) Including Personal Hygiene, next.
And tore the Rack that I sleep on as a Bed. No nothing
on the Rack's of Mine and Inquired how is the inmates
Over hearing Lt. Thigpen called me a Snitch an/the other
Guys heard what happen. So One Inmate got a milk Box
And fill its up with Piss and Throw its. On me Assault.
Threw Glasses at my door on July 12, 2015. Thigs others
Tolled me "Get in these Shackles for the Case's Manager
While my hand in Cuff Off. Thus puncher me in the Arm
So I looked like he gotten been playing or lose in st. etc.
Sprayed me with maces, he said its didn't Blind me?
So he had a Shank etc. Ray-Ray didn't. I kick its out.
of his hand etc etc. Johnson hit me to the floor, so,
etc. Davis all rush in so quick to obtain me fore any
Reason at all? there come Capt. Morris with a Shot gun rand
here. I go back to 29 Clinic, on a Sunday to be Continue
Beaten and Stamped some more, that not fair and just.
(Fair Peace)

while I'm in its back to the zone they'll take the
property of mine again while the mosquitos and flies ate
my flesh alive. Nothing in my cell is, [...]

This is a True and Correction Stated
from the Best of my acknowledge as a human.
Harsh Punishment 1st, 5th, 8th, 14th Amendments
Has Been Violation on the Ground of Security of
Safety, Health "Officials", "Probect" Protection
Due process.

Respectfully Submitted.

(final)       Affidavit